# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROLLOCK COMPANY, a corporation and ANTHONY KORDELL and CHRISTOPHER KORDELL, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | C.A. No. 3:12-cv-00162-GLL<br><br>CHIEF JUDGE GARY L. LANCASTER |

## ORDER OF COURT

AND NOW, this 7th day of March 2013, upon consideration of Plaintiffs Rollock Company, Anthony Kordell, and Christopher Kordell's ("Plaintiffs") Consent Motion to Postpone Briefing (the "Motion") [document #22], IT IS HEREBY ORDERED that said motion is GRANTED. Plaintiffs shall file their response to Defendant's Motion to Dismiss no later than May 24, 2013. Any brief in reply shall be filed by Defendant no later than June 5, 2013.

IT IS FURTHER ORDERED that the Initial Rule 16.1 Scheduling Conference, scheduled for March 29, 2013, is hereby re-scheduled to Friday, June 21, 2013 at 1:30 PM.

s/Gary L. Lancaster
_____ ,C.J.
Honorable Gary L. Lancaster,
Chief United States District Court Judge