# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROLLOCK COMPANY, et al,<br>    Plaintiffs | )<br>)<br>) |
| v. | )    NO. 3:12-cv-162 GLL |
| | ) |
| UNITED STATES OF AMERICA,<br>    Defendant | )<br>)<br>) |

## INTERIM ORDER ON DISCOVERY

AND NOW, this 7th day of March, 2013, on the consent of the parties below, IT IS HEREBY ORDERED that before the Initial Local Rule 16.1 scheduling conference in this matter, Defendant, but not Plaintiffs, may propound discovery. IT IS FURTHER ORDERED that, by stipulation of the parties below, depositions prior to the initial scheduling conference shall not count towards the presumptive limits in Fed. R. Civ. P. 30(d)(1) with respect to discovery after such conference.

                                                s/Gary L. Lancaster
                                        _____
                                        HON. GARY L. LANCASTER, CHIEF JUDGE

*Seen and agreed*

| | | | |
|---|---|---|---|
| KEEVICAN WEISS BAUERLE &<br>HIRSCH LLC | | DAVID J. HICKTON<br>UNITED STATES ATTORNEY | |
| By: | /s/ Brian P. Fagan<br>Brian P. Fagan, Esq.<br>PA ID No. 72203 | KATHRYN KENEALLY<br>ASSISTANT ATTORNEY<br>GENERAL | |
| | Justin M. Tuskan, Esq.<br>PA ID No. 311235 | By: | /s/ Yonatan Gelblum<br>Yonatan Gelblum |
| | Federated Investors Tower, 11th Fl.<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3725<br>Telephone: 412.355.2600<br>Facsimile: 412.355.2609<br>bfagan@kwbhlaw.com<br>jtuskan@kwbhlaw.com | CA ID No. 254297<br>U.S. Department of Justice<br>P.O. Box 227, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: 202.305.3136<br>Facsimile: 202.514.6866<br>yonatan.gelblum@usdoj.gov<br>*Counsel for the United States of America* | |
| | *Counsel for Plaintiffs Rollock Company, Anthony Kordell and Christopher Kordell* | | |